

November 12, 2018

Chief Judge Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, NY 11201-1800

        **Debtor:**     **Eda Colebrook**
        **Case No.:**   **1-18-44963-cec**
        **Chapter:**    **13**
        **Property Address: 726 Hemlock Street, Brooklyn, NY 11208**

Dear Judge Craig,

     This firm represents Nationstar Mortgage LLC d/b/a Mr.Cooper as servicer for U.S. Bank National Association, as Trustee, Successor in interest to Bank of America National Association, as Trustee, Successor by Merger to Lasalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005 a secured creditor of the above-named Debtor. On October 5, 2018, a Loss Mitigation Order was entered by this Court. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for November 13, 2018 at 12:00 PM.

     Our client has approved the Debtor for a Trial Payment Plan Agreement for the months of October 2018, November 2018 and December 2018 with payments due each month in the amount of $1,800.52. At this time our client has indicated receipt of the first trial payment, the file is now pending the completion of the trial modification.

     Thank you for your consideration. Please do not hesitate to contact me with any questions you may have regarding the matter.

                                                                            Respectfully,

                                                                           /s/_Barbara Whipple__
                                                                           Barbara Whipple Esq.
                                                                           Robertson, Anschutz & Schneid, PL
                                                                           bwhipple@rasflaw.com

cc:  Denrick Cooper, Esq (Via ECF)